UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 06-345 GEB |
| v. | ) | |
| | ) | |
| SAUL MEZA RIOS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    () Ad Testificandum

Name of Detainee: SAUL MEZA RIOS
Detained at (custodian): Sacramento County Jail

Detainee is: a.) (X) charged in this district by: (X) Indictment () Information () Complaint
      charging detainee with: Deported Alien Found in the United States
 or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will: a.) () return to the custody of detaining facility upon termination of proceedings
 or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWITH** in the Eastern District of California.*

Signature: /s/ Michael Beckwith
Printed Name & Phone No: MICHAEL BECKWITH/ 916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 9/6/06

/s/ Gregory G. Hollows

rios345.ord    United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Saul Rios-Meza, Saul Rios, Saul Meza | Male X   Female __ |
| Booking or CDC #: | XREF: 2556273 | DOB: |
| Facility Address: | Sacramento County Jail | Race: |
| | 651 I Street, Sacramento, CA 95814 | FBI #: 748820NB6 |
| Facility Phone: | 916-874-6752 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ By: _____
                   (Signature)