MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00345-DC |
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO SAUL MEZA RIOS AND RECALLING ARREST WARRANT |
| v. | |
| SAUL MEZA RIOS, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss the Indictment against Saul Meza Rios, filed August 24, 2006. The Court, having reviewed the Motion, filed at Document Number 10, finds that the Motion is made in good faith. Accordingly, the Court hereby ORDERS that the Indictment against Saul Meza Rios is DISMISSED without prejudice and the related Arrest Warrant issued on August 25, 2006 is RECALLED.

IT IS SO ORDERED.

Dated: **January 17, 2025**

_____
Dena Coggins
United States District Judge

1